JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Telephone: 408-535-5044
Fax: 408-535-5081

Attorneys for Defendant

** E-filed August 12, 2010 **

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EMILY MORA, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>   Defendant. )<br>_____ ) | Case No. C 10-01737 HRL<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO EXTEND TIME TO<br>COMPLETE MEDIATION |

## STIPULATION

Whereas, this Court has ordered the parties to complete the mediation by October 12, 2010;

Whereas, a Further CMC is scheduled for October 26, 2010;

Whereas the Court-appointed mediator, Tom Denver, will be on vacation between September 28, 2010, and October 20, 2010;

Whereas, defendant is concerned that it will be unable to collect the information it needs to evaluate the file before Mr. Denver leaves for his vacation;

Whereas, the mediator, all counsel, plaintiff and defendant's settlement representative are all available for a mediation on October 21, are holding that date open and would like to schedule a mediation for that date with the Court's permission.

Therefore, the parties, through counsel, hereby request the Court to extend the time to

1 complete the mediation to and including October 21, 2010, which represents just a nine day
2 extension.
3     IT IS SO STIPULATED.
4     Dated: August 5, 2010      _____/S/_____
    James A. Scharf
5     Assistant United States Attorney
    Attorney for Defendant
6
    Dated: August 5, 2010      _____/S/_____
7     Gordon J. Finwall
    Attorney for Plaintiff
8
9         [PROPOSED] ORDER
10     Good cause appearing, it is hereby ordered that the time to complete mediation is
11 extended to and including October 21, 2010. The parties shall promptly notify the Court as to
12 any settlement prior to the October 26, 2010, Further CMC.
13     IT IS SO ORDERED.
14
15     Dated: August 12, 2010      _____
    Hon. Howard R. Lloyd
16     United States Magistrate Judge