\*\* **E-filed October 21, 2010** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILY MORA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant.<br>_____/ | No. C10-01737 HRL<br><br>**ORDER (1) VACATING FURTHER CASE MANGEMENT CONFERENCE AND (2) SETTING SHOW CAUSE HEARING RE: SETTLEMENT**<br><br>**[Re: Docket No. 17]** |

On September 24, 2010, the Court entered the parties' stipulation and agreement of compromise and settlement. (Docket No. 17.) In light of this agreement, the Further Case Management Conference, currently set for October 26, 2010, is VACATED. On or before **March 1, 2011**, plaintiff shall file a voluntary dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by this date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **March 8, 2011 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

**IT IS SO ORDERED.**

Dated: October 21, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-01737 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Gordon John Finwall | Gordon@Finwalllaw.com, finwall@sbcglobal.net |
| James A. Scharf | james.scharf@usdoj.gov, mimi.lam@usdoj.gov |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**